AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| CHARLES W., NADINE W., C.R., a minor, by and through his guardian ad litem, CHARLES W., and C.N., a minor, by and through his guardian ad litem, NADINE W.<br>*Plaintiff(s)*<br>v.<br>SANTA MONICA-MALIBU UNIFIED SCHOOL DISTRICT, a local educational agency, (see attached for additional parties)<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:19-cv-2909  -JFW (SKx)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SANTA MONICA-MALIBU UNIFIED SCHOOL DISTRICT, GALIT GOTTLIEB, PAMELA HERKNER, ELIZABETH SCIUTTO, WILLIAM BROWN, MARK KELLY, KRISTOPHER C. VEGAS, PAMELA KAZEE

1651 16th Street
Santa Monica, California 90404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  DAVID W. GERMAN, State Bar No. 252394
Email: dgerman@navlaw.net
NEWMAN.AARONSON.VANAMAN LLP
14001 Ventura Boulevard
Sherman Oaks, CA 91423
Telephone: (818) 990-7722, Facsimile: (818) 501-1306

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry K. Gray
*CLERK OF COURT*

Date: 04/16/2019

/s/ *(signature)*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-2909  -JFW (SKx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

```
1  DAVID W. GERMAN, State Bar No. 252394
   Email: dgerman@navlaw.net
2  NEWMAN.AARONSON.VANAMAN LLP
   14001 Ventura Boulevard
3  Sherman Oaks, CA 91423
   Telephone: (818) 990-7722
4  Facsimile: (818) 501-1306

5  Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES W., NADINE W., C.R., a minor, by and through his guardian ad litem, CHARLES W., and C.N., a minor, by and through his guardian ad litem, NADINE W.,<br><br>Plaintiffs,<br><br>vs.<br><br>SANTA MONICA-MALIBU UNIFIED SCHOOL DISTRICT, a local educational agency, GALIT GOTTLIEB, as an individual and in her official capacity, PAMELA HERKNER, in her official capacity, ELIZABETH SCIUTTO, in her official capacity, WILLIAM BROWN, in his official capacity, MARK KELLY, in his official capacity, KRISTOPHER C. VEGAS, in his official capacity, PAMELA KAZEE, in her official capacity, and DOES 1-10 inclusive,<br><br>Defendants. | CASE NO.:<br><br>**COMPLAINT FOR:**<br><br>**1.** Violations of the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq.;<br><br>**2.** Violations of Section 504 of the Rehabilitation Act, 29 U.S.C. 794 et seq.;<br><br>**3.** Violations Constitutional Rights, 42 U.S.C. § 1983.<br><br>**DEMAND FOR JURY TRIAL** |

-1-
COMPLAINT FOR DAMAGES